IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**NICHOLAS PAGAN,**

    **Plaintiff**                                        **Case Number:** 9:25-cv-80015-RS

**V.**

**Dental Team of Delray, LLC**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action without prejudice as to all named Defendants and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

Respectfully submitted,

Dated: May 15, 2025                                         */s/ Alberto R. Leal*.
                                                            Alberto R. Leal, Esq., P.A.
                                                            Florida Bar No.: 1002345
                                                            E-Mail: albertolealesq@gmail.com
                                                            Phone: 954-637-1868